IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU | ) |
| Plaintiff | ) ) ) |
| v. | ) COMPLAINT   0 6 - 6 2 5 ) |
| UNITED RETRIEVAL OF AMERICA, INC. YESTEL, INC. | ) ) ) ) |
| Defendants | ) |

## **JURIDICTION**

1. This Court has jurisdiction of this action under 15 U.S.C. § 1681p and 15 U.S.C. § 1692k (d).

## **PARTIES**

2. The plaintiff, Lifeng Lee Hsu, is an individual residing at 108 Cardinal Circle, Hockessin, DE 19707.

3. The defendant United Retrieval of America, Inc. is a debt collection company incorporated in California with office address at PO BOX 641, Pasadena, CA 91102 and Service Agent of Adrian Deluna at 1315 E Main St., Alhambra, CA 91801.

4. The defendant Yestel Inc. is a California telecommunications company that provides interexchange telecommunications services with office at 24309 Narbonne Ave, Suite 200, Lomita, CA 90717.

5. At all relevant times, Defendant United Retrieval of America acted as the debt collector for Defendant Yestel, Inc.

## **FACTS**

6. In about January 2002, I had a dispute with Defendant Yestel, Inc., my then long-distance phone provider, concerning the unacceptable quality of my calls to Nigeria. This dispute led to my termination of Yestel's service.

7. On September 02, 2005, I found that Defendant United Retrieval of America furnished incorrect information to the credit bureau Experian about the disputed account that I had with Defendant Yestel, Inc.

8. I disputed the information through Experian, which then informed Defendant United Retrieval of America to conduct an investigation as prescribed by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.

9. On September 09, 2005 Defendant United Retrieval of America sent me a collection letter for an amount of $70.24 and threatened that it would vigorously oppose to remove the disputed information from my credit report so long as my account remained unpaid.

10. The collection letter mentioned in the above paragraph was sent in a window-envelope with a large window, where the message "DEBT ENFORCEMENT SERVICES" was clearly displayed.

11. In the end of September of 2005, Experian informed me that Defendant United Retrieval of America had completed the investigation. But, the Defendant used the Medical Information Provision to evade the dispute.

12. On September 29, 2005 Defendant United Retrieval of America sent me another collection letter for an amount of $70.68 using the same window-envelope that had the message "DEBT ENFORCEMENT SERVICES" displayed through the window.

13. On October 6, 2005 I sent a certified mail to Defendant United Retrieval of America advising it that its letters had violated the FCRA and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq. I also requested reinvestigation of the disputed information according to the procedure prescribed by the FCRA.

14. On October 31, 2005 Defendant United Retrieval of America responded to my request by sending me only a billing summary provided by Defendant Yestel, Inc. This response did not conform to the FCRA requirement. The billing summary also revealed that the original disputed amount was $44.85, and the Defendant had tried to collect additional interest of $26.54.

15. On December 20, 2005 Defendant United Retrieval of America sent me the third collection letter for an amount of $72.49 using the same window-envelope that displayed the message "DEBT ENFORCEMENT SERVICES" through the window.

16. On September 9, 2006 I noticed that Defendant had continued furnishing the incorrect information to the credit bureau Experian.

17. At noon, September 29, 2006, I called Defendant Yestel, Inc. and talked to its manager Mr. Lin (ID # 203) to verify Yestel's role on this matter. Mr. Lin declined to verify Yestel's role in this collection attempt and the

company's legal status on this account. He only stated that the account was already placed in the hand of Defendant United Retrieval of America and the company could not help me unless I became its subscriber again.

## FIRAT CLAIM FOR RELIEF:

## VIOLATIONS OF FAIR DEBT COLLECTION PRACTICES ACT

18. By reference paragraph 9, both defendants violated 15 U.S.C. §1692e and §1692e (5).

19. By reference paragraphs 10, 12 and 15, both defendant violated 15 U.S.C. §1692b(5) by using a window-envelope that displayed the message indicating the communication was related to the collection of a debt.

20. By reference paragraphs 9, 12, and 15 both defendants violated §1692e(2)(A) by misrepresenting the false amount of the debt.

21. By reference paragraph 14, both defendants violated §1692f(1) by collecting an unauthorized interest.

## SECOND CLAIM FOR RELIEF:

## VIOLATIONS OF FAIR CREDIT REPORTING ACT

22. By reference paragraphs 9 and 11, both defendants violated §1681i for failure of reinvestigation.

23. By reference paragraph 14, both defendants violated §1681s-2(a) for failure of reasonable reinvestigation.

## DEMAND FOR RELIEF

WHEREFORE, the plaintiff respectfully demands judgment be entered against Defendants for the following:

(A)  Declaratory judgment that Defendants' conduct violated the FCRA and the FDCPA.

(B)  ACTUAL DAMAGES: (1) time, costs of books and legal assistant fees: $1,000 (2) the counsel fees and court fees for this action.

(C)  STATUTORY DAMAGE pursuant to U.S.C. 1692k of $2,000 ($1,000 per defendant).

(D)  PUNITIVE DAMAGE for the violations of the FCRA and the FDCPA.

(E)  Plus any other relief as the court finds just and equitable.

*Lifey Lee Hsu*, 10/06/2006

LIFENG LEE HSU (Plaintiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
LLH@DTCC.EDU

06-625

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Lifeng Lee Hsu

### DEFENDANTS
(1) United Retrieval of America, Inc., (2) Yestel, Inc.

(b) County of Residence of First Listed Plaintiff: **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Los Angeles, California**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro Se, 108 Cardinal Circle, Hockessin, DE 19707
TEL: (302) 573-5458; E-Mail: hsu.lifeng@yahoo.com

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities – Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1681 and 15 U.S.C. § 1692

Brief description of cause:
Violations of FCRA (Fair Credit Reporting Act) and FDCPA (Fair Debt Collection Practices Act)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 4,500.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 10/06/2006
SIGNATURE OF ATTORNEY OF RECORD: *Lifeng Lee Hsu*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 6 - 6 2 5

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

10/06/2006
(Date forms issued)

_Lifeng Lee Hsu_
(Signature of Party or their Representative)

LIFENG LEE HSU
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.#  06-625

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _____    Signed: 10/06/2006
by Plaintiff:                                  Pro Se Plaintiff

Date Received 10/6/06    Signed: Monica Mosley
by Clerk's office:                              Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04