IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No: 1:06-cv-625 (KAJ) |
| ) | |
| UNITED RETRIEVAL OF AMERICA, INC. ) | |
| YESTEL, INC. ) | |
| ) | |
| Defendants ) | |

### Affidavit of Mailing

I, Pro Se Plaintiff, Lifeng Lee Hsu, hereby certify that

1. On October 6, 2006, the following documents: (a) two copies of Form AO 398: NOTICE OF LAWSUIT (b) two copies of Form AO399: WAIVER OF SERVICE, (c) a copy of the complaint, and (d) a stamped and addressed envelope, were mailed to:

   a) Adrian Deluna, the service agent[1] of Defendant United Retrieval of American, Inc. at 1315 E Main St, Alhambra, CA 91801;

   b) Robert Wu, the service agent[2] of Defendant Yestel, Inc. at the same address of the defendant.

2. On October 23, 2006, the mail to Defendant United Retrieval of America, Inc. was returned for the reason "Unable to Forward"[3].

---

[1] See A1-1
[2] See A1-2
[3] See A1-3

3. On October 26, 2006, I resent the documents through certified mail to the defendant United Retrieval of America, Inc. at its business address, PO Box 641, Pasadena, CA 91102. The document was delivered on October 31, 2006 as indicated by USPS[4].

4. On November 17, 2006, having received no response from both defendants, I had summons issued by the Court for both defendants.

5. On November 21, 2006 I mailed the Summons and a copy of my Complaint to each of the defendants via Certified Returned Mail.

6. On November 28, 2006, I received Return Receipt from USPS for both defendants and thus completed the service[5].

LIFENG LEE HSU (Plaintiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
LLH@DTCC.EDU

Notary Public

Date: 12/1/06

Witness my hand and official Seal.

My Commission Expires: 

DOROTHY A DIFEBO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires December 16, 2006

---

[4] See A1-4
[5] See A1-5 and A1-6

## California Business Portal
### Secretary of State BRUCE McPHERSON

**DISCLAIMER:** The information displayed here is current as of SEP 22, 2006 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| UNITED RETRIEVAL OF AMERICA, INC. |||
| **Number:** C1758270 | **Date Filed:** 2/7/1995 | **Status:** active |
| **Jurisdiction:** California |||
| **Address** |||
| PO BOX 641 |||
| PASADENA, CA 91102 |||
| **Agent for Service of Process** |||
| ADRIAN DELUNA |||
| 1315 E MAIN ST |||
| ALHAMBRA, CA 91801 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.


A1-1

# California Business Portal

Secretary of State BRUCE McPHERSON

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | SPECIAL PROGRAMS

## Corporations

**Business Search Corporations**
- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQS
- Corporations Main Page
- Site Search

The information displayed here is current as of "SEP 22, 2006" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| YESTEL, INC. |
| **Number:** C2223771   **Date Filed:** 3/15/2000   **Status:** active |
| **Jurisdiction:** California |
| **Address** |
| 24309 NARBONNE AVE STE 200 |
| LOMITA, CA 90717 |
| **Agent for Service of Process** |
| ROBERT WU |
| 24309 NARBONNE AVE STE 200 |
| LOMITA, CA 90717 |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

A1-2



Lifeng Hsu
108 Cardinall Cir.
Hockessin, DE 19707

United Retrieval of America, Inc.
c/o Adrian Deluna
315 E Main St.
Alhambra, CA 91801

RETURNED TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Returned 10/23/2006

A1-3


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7004 1160 0006 3065 9916
Detailed Results:
- Delivered, October 31, 2006, 10:24 am, PASADENA, CA 91101
- Notice Left, October 30, 2006, 11:02 am, PASADENA, CA 91102
- Acceptance, October 26, 2006, 8:42 am, WILMINGTON, DE 19805

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



A1-4


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0004 7253 4014**
Detailed Results:

- **Delivered, November 25, 2006, 12:15 pm, PASADENA, CA 91101**
- Notice Left, November 25, 2006, 5:18 am, PASADENA, CA 91102
- Acceptance, November 21, 2006, 10:04 am, WILMINGTON, DE 19805

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED RETRIEVAL OF AMERICA, INC.
P. O. BOX 641
PASADENA, CA 91102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

[NOV 25 2006 stamp]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7004 1350 0004 7253 4014

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

A1-5



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7004 1350 0004 7253 4007
Detailed Results:

- **Delivered, November 24, 2006, 12:11 pm, LOMITA, CA 90717**
- Acceptance, November 21, 2006, 10:05 am, WILMINGTON, DE 19805

**Track & Confirm**

Enter Label/Receipt Number.

( < Back )     ( Return to USPS.com Home > )     ( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



