◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

LIFENG LEE HSU

V.

UNITED RETRIEVAL OF AMERICA, INC.
YESTEL, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06-CV-625 (KAJ)

TO: (Name and address of Defendant)

YESTEL, INC.
24309 NARBONNE AVE, SUITE 200
LOMITA, CA 90717

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LIFENG LEE HSU
108 CARDINAL CIR
HOCKESSIN, DE 19707

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                    NOV 1 7 2006

CLERK                                                  DATE

_Evette Wala_
(By) DEPUTY CLERK

≜AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11/24/2006 |
| NAME OF SERVER (PRINT) USPS | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 24309 NARBONNE AVE, SUITE 200 LOMITA, CA 90717

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $4.88 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   YESTEL, INC.
   24309 NARBONNE AVE
   SUITE 200
   LOMITA, CA 90717

2. Article Number (Transfer from service label)
   7004 1350 0004 7253 4007

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name) NING JIN    C. Date of Delivery 11/24/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.