AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Delaware_

LIFENG LEE HSU

v.

UNITED RETRIEVAL OF AMERICA, INC.
YESTEL, INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06-cv-625 (KAJ)

TO: (Name and address of Defendant)

UNITED RETRIEVAL OF AMERICA, INC.
P. O. BOX 641
PASADENA, CA 91002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LIFENG LEE HSU
108 CARDINAL CIR
HOCKESSIN, DE 19707

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**              NOV 1 7 2006

CLERK                                     DATE

_Evette Wala_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 11/25/2006 |
| NAME OF SERVER (PRINT) USPS | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: PO BOX 641, PASADENA, CA 91101
The Post office of 91101

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

2006 DEC -1 PM 4:18
CLERK US DISTRICT COURT
DISTRICT OF DELAWARE
FILED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $4.88 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   UNITED RETRIEVAL OF AMERICA, INC
   P.O. BOX 641
   PASADENA, CA 91102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
A. Reale                         NOV 25 2006
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 1350 0004 7253 4014

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.