IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU | ) |
| Plaintiff | ) |
| v. | ) Case No: 1:06-cv-625 |
| UNITED RETRIEVAL OF AMERICA, INC. | ) |
| YESTEL, INC. | ) |
| Defendants | ) |

FILED MAR - 2 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

## Motion for Default Judgment

I, Pro Se Plaintiff, Lifeng Lee Hsu, respectfully move this Honorable Court for default judgment against both defendants for their failure to answer my complaint.

1. On 10/06/2006, I filed my complaint.

2. Service of the summons was completed on 11/28/2006 and an affidavit of mailing was filed on 12/1/2006.

3. It has been almost 3 months and I still have not received any answer from both dependants, so Default Judgment is appropriate.

LIFENG L HSU (Plaintiff)
108 Cardinal Circle
Hockessin, Delaware 19707
(302) 573-5458
LLH@DTCC.EDU

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED RETRIEVAL OF AMERICA, INC )<br>YESTEL, INC. )<br>)<br>Defendants ) | Case No: 1:06-cv-625 *** |

## ORDER

Upon consideration of Plaintiff's Motion for Default Judgment, it is this

_____ day of _____, 2007,

ORDERED that Plaintiff's motion be, and hereby is granted. Default Judgment shall be entered against United Retrieval of America, Inc. and Yestel, Inc.

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that 2 copies of Plaintiff's attached documents were served on this 1st day of March, 2007 on the following in the manner indicated below:

*Via U.S. Mail*

(1)

United Retrieval of America, Inc.

PO Box 641

Pasadena, CA

91102

(2)

Yestel, Inc.

24309 Narbonne Ave, Suite 200

Lomita, CA

90717

                                                             Lifeng L. Hsu (Pro Se Plaintiff)
                                                             108 Cardinal Cir
                                                             Hockessin, DE 19707-2044
                                                             (302) 573-5458
                                                             LLH@DTCC.EDU





Peter T. Dalleo, Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, DE 19801