IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-625-*** |
| | ) |
| v. | ) |
| | ) |
| UNITED RETRIEVAL OF AMERICA, | ) |
| INC., and YESTEL, INC., | ) |
| | ) |
| Defendants. | ) |

## CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 29th day of June, 2007, it appearing from the docket that the above named defendants have not answered or otherwise moved with respect to the complaint, and the plaintiff having requested the entry of a default,

IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is hereby entered against the defendants United Retrieval of America, Inc. and Yestel, Inc. A hearing will be scheduled to consider plaintiff's motion for default judgment.

_____
DEPUTY CLERK

Wilmington, Delaware