IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-625-*** |
| | : |
| UNITED RETRIEVAL OF AMERICA, | : |
| INC. and YESTEL, INC., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, this **10th** day of **July, 2007.**

IT IS ORDERED that a hearing on plaintiff's motion for default judgment (D.I. 8) has been scheduled with Judge Thynge for **Thursday, August 16, 2007 at 10:30 a.m.** in Courtroom 6C, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE