IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-625-*** |
| UNITED RETRIEVAL OF AMERICA, INC. and YESTEL, INC., | : |
| Defendants. | : |

### ORDER

At Wilmington, this **16th** day of **August, 2007.**

WHEREAS, on October 6, 2006, the plaintiff filed a complaint against the above-captioned defendant;

WHEREAS, on December 1, 2006, returns of service executed as to the defendants Yestel, Inc. and United Retrieval of America Inc. were filed with the court; and

WHEREAS, on June 29, 2007, the clerk of the court entered a default as to defendants Yestel, Inc. And United Retrieval of America, Inc.;

WHEREAS, on July 10, 2007, Judge Thynge entered an Order scheduling the plaintiff's motion for a default judgment for August 16, 2007 at 10:30 AM in Courtroom 6C, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, DE 19801;

WHEREAS, on August 16, 2007 at 10:30 a.m. neither plaintiff nor defendants nor their representatives attended the hearing.

IT IS HEREBY ORDERED that:

1. A Rule to Show Cause hearing in which the Court would take evidence

on plaintiff's default judgment has been scheduled with Judge Thynge for **Tuesday, September 18, 2007 at 8:30 a.m.** in Courtroom 6C, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, DE 19801.

      2. If the plaintiff fails to appear at the Rule to Show Cause hearing scheduled for **Tuesday, September 18, 2007 at 8:30 a.m.**, this case shall be dismissed without prejudice, and without further notice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: August 16, 2007

                                      /s/ Mary Pat Thynge
                                      UNITED STATES MAGISTRATE JUDGE