IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFENG LEE HSU, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-625-*** |
| | : | |
| UNITED RETRIEVAL OF AMERICA, INC. and YESTEL, INC., | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington, this **20th** day of **September, 2007.**

WHEREAS, on October 6, 2006, the plaintiff filed a complaint against the above-captioned defendants;

WHEREAS, on December 1, 2006, returns of service executed as to the defendants Yestel, Inc. and United Retrieval of America Inc. were filed with the court; and

WHEREAS, on June 29, 2007, the clerk of the court entered a default as to defendants Yestel, Inc. And United Retrieval of America, Inc.;

WHEREAS, after providing notice, a Rule to Show Cause and Hearing on plaintiff's default judgment occurred On September 18, 2007, during which oral evidence was taken from plaintiff regarding his damages against defendants. Defendants did not appear for this hearing, nor did they appear for the hearing on August 16, 2007. As a result,

IT IS HEREBY ORDERED that:

1. That plaintiff shall provide to the court on or before **October 2, 2007**, a

recent copy of his credit report **under seal**, shall submit either a copy of the case(s) or citations upon which he relies in support of his claim for reimbursement for his time and a notarized affidavit delineating the time that he spent for each event, such as, preparing the complaint, communicating with defendants to resolve the dispute, preparing the motion for default or other matters regarding the prosecution of this matter

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE