IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFENG LEE HSU | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No: 1:06-cv-625 *** |
| | ) | |
| UNITED RETRIEVAL OF AMERICA, INC. | ) | |
| YESTEL, INC. | ) | |
|     Defendants | ) | |

## Plaintiff Response to Court's 9/18/2007 order

I, Pro Se Plaintiff Lifeng Hsu, hereby respond to Court's order as follows:

1. I am submitting the notarized timesheet delineating the time that I spent for each event;

2. I am submitting my response regarding my claim for reimbursement for my time directly to Judge Thynge;

3. I am unable to submit a recent copy of my credit report since all related information has been removed after the complaint was filed. Instead, I am submitting last year's record and a certified letter that I sent to Defendant United Retrieval.

                                                               _____
                                                               Lifeng L Hsu
                                                               108 Cardinal Cir
                                                               Hockessin, DE 19707
                                                               (302)573-5458
                                                               Hsu.lifeng@yahoo.com

Date: September 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No: 1:06-cv-625 *** |
| ) | |
| UNITED RETRIEVAL OF AMERICA, INC. ) | |
| YESTEL, INC. ) | |
| ) | |
| Defendants ) | |

**Attention:**
**Honorable Mary Pat Thynge**
**United States Magistrate Judge**

September 27, 2007

Dear Judge Thynge,

On 9/18/2007 hearing, Your Honor requested that I submit to your attention (without motion) the citation or a copy of the case that I relied upon in support of my claim for compensation for my time. However, upon a further research, I must sadly agree with Your Honor that I am not entitled to have my time compensated. To comply with your order, I submit the notarized timesheet for filing purpose. I am also submitting a copy of the letter that I sent to Defendant United Retrieval to show my attempts to resolve this matter without litigation.

For Your Honor's information, the following two cases were what came to my mind when I requested compensation for my time:

1. The underlined sentence from S. Rep. on the Civil Rights Attorney's Fees Award Act quoted by our Court of Appeals in <u>Pitts v. Vaughn,</u> 679 F.2d 311 (3d Cir. 1982):

    > *If private citizens are to be able to assert their civil rights, and if those who violate the Nation's fundamental laws are not to proceed with impunity, then citizens must have the opportunity <u>to recover what it costs them to vindicate these rights in court.</u>*

2. A case decided by the Northern District of Illinois, Eastern Division that awarded $2,400 to a pro se litigant for non-trial work. [But it was later criticized in <u>Chowaniec v. Arlington Park Race Track</u>, 934 F.2d 128 (7th Cir. 1991)].

Respectfully submitted,

*/s/ Lifeng L Hsu*

Lifeng L Hsu
108 Cardinal Cir
Hockessin, DE 19707
(302)573-5458
Hsu.lifeng@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFENG LEE HSU ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No: 1:06-cv-625 *** |
| ) | |
| UNITED RETRIEVAL OF AMERICA, INC. ) | |
| YESTEL, INC. ) | |
| ) | |
| Defendants ) | |

### AFFIDAVIT OF LIFENG HSU

The undersigned, Lifeng Lee Hsu, hereby declares and affirms under the penalty of perjury that the contents of the attached documents are correct and the true copy of the original to the best of my knowledge.

Date: 9/27/2007

BY: _____
Lifeng Lee Hsu

_____
Notary Public

Witness my hand and official Seal.

My Commission Expires: August 3, 2009

WARREN W. WOLFE, JR.
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 3, 2009

# Credit Report Information

As of September 19, 2007 all related negative credit record has been removed. However, the following record from the last year's report is provided instead.

Line 6 of the following scanned image showed that the negative information was reported as of August 2006. And line 8 showed that the information was disputed through the Credit Bureau in September 2005.



REDACTED

# Time Sheet
(C.A. No. 06-625-***)
Prepared by
Lifeng L. Hsu (Pro Se Plaintiff)

| Date | # of Hours | Event | Complaint Paragraph # | Remarks |
|---|---|---|---|---|
| 9/2/2005 | 0.25 | Filing Dispute with the Credit Bureau | 7 | |
| 9/29/2005 - 10/6/2005 | 20.00 | Sent the dispute and warning letter directly to United Retrieval | 12, 13 | (1) My first effort to avoid the litigation. (2) I had the letter notarized and certified and wished the defendant take the matter seriously. (3) Time includes review of the laws. (4) A copy of the letter is attached. |
| 9/29/2006 | 1.00 | Call the defendant Yestel | 17 | (1) My second effort to avoid the litigation. (2) I was first put on hold, then talked to the customer service and then was transferred to the manager Mr. Lin (ID # 203) |
| 9/29/2006 - 10/6/2006 | 50.00 | Prepared and Filed the Complaint | | (1) After calling Yestel, I decided to file complaint. (2) Time includes Research/Review the FDCPA, FCRA, and the Court Rules |
| 10/5/2006 - 10/6/2006 | 1.00 | Prepared and Mailed Waiver of Service and copy of Complaint | | |

| Date | Hours | Description | Notes |
|---|---|---|---|
| 10/26/2006 | 1.00 | Resent Complaint and Waiver of Service to Defendant United Retrieval | Refer to previously filed Affidavit of Mailing paragraphs 2 & 3 |
| 11/17/2006 | 0.50 | Obtained Summons from the Court | Affidavit of Mailing Paragraph # 4 |
| 11/21/2006 | 0.50 | Prepared and Mailed the Summons | Affidavit of Mailing Paragraph # 5 |
| 12/1/2006 | 3.00 | Filed to the Court for Returns of Service | This includes the time for preparing Affidavit of Mailing |
| 3/1/2007 | 2.00 | Prepared, Served, and filed Default Judgment | |
| 9/18/2007 | 2.00 | Appeared in Court | This includes the transportation time |
| 9/18/2007 – 9/23/2007 | 40.00 | Prepared various documents as ordered by Court | Mostly research on subject of compensation for pro se litigant's time |
| Total Hours | 131.25 | | |





Lifeng Hsu
108 Cardinal Ci[r]
Hockessin, DE 19707
LLH@DTCC.ED[U]

United Retrieval of America
PO BOX 641
Pasadena, Ca 91102

Re: Li Feng Hsu (004779-0)

Date: October 6, 2005

To Whom It May Concern:

Pursuant to FCRA 15 U.S.C. §1681s-2(a)(8), I, Lifeng Hsu, hereby request that your company conduct a reinvestigation concerning the disputed information on the Yestel account as required by the Fair Credit Reporting Act (FCRA). In case you don't understand what "reasonable investigation" means, please refer to Johnson v. MBNA America Bank, 357 F.3d 426 (U.S. App. 2004).

I specified to the credit bureau that the original creditor Yestel, Inc., the long distance phone reseller, had agreed to credit the balance because of the unacceptable noise of my call to Nigeria. However, your company evaded the dispute by using the irrelevant excuse of Medical information provision. Please note that this dispute has nothing to do with the medical information.

Please also note that the letter that you sent me has constituted at least two violations to the Fair Debt Collection Practice Act (FDCPA). (1) 15 U.S.C. § 1692f clearly provided that any communication through mail cannot indicate on the envelope that you are from a collection business. You have deliberately used a window envelope with an unusually large window which clearly displays "DEBT ENFORCEMENT SERVICES". (2) You

have also violated 15 U.S.C. § 1692e(5). The FDCPA is meant to protect <u>the very (if not least) unsophisticated consumer</u>. It is very unwise to play the word game. To a very unsophisticated consumer, your message implies a threat of action that you cannot legally take under the FCRA.

Please take this letter seriously and as a friendly notice as well. I have nothing against a debt collector, but please abide by the law truthfully. I have no duty to point out what statutes you might have violated because it is your duty to know them when you are in this business. Your oversight has caused me waste a lot of time and has me incur some expenses seeking legal advice. The statute allows me to file suit against you within a year from the date that you sent me the letter and I am very inclined to do so because your letter has demonstrated to me that you willfully violated the law.

Please inform the credit bureau to delete my record if you cannot further verify the correctness with the original creditor. However, if you have verified the disputed information with the original creditor and still decide to maintain my record as is, then please provide me with the procedure that you have taken, the relevant documents if any, the date and time and the person that provides you with the verification.

Please respond to me within the time frame allowed by the law to avoid litigation. The copy of your letter is attached for your reference.

Sincerely,

*[signature]*
Lifeng Hsu

## AFFIDAVIT OF MAILING

I, Lifeng Hsu, do hereby certify that on this date I mail a true copy of the foregoing letter to UNITED RETRIEVAL OF AMERICA, P O Box 641, Pasadena, CA 91002, by U.S. Mail, postage prepaid.

Date: 10/06/2005

*Nancy L. Larson*
Notary Public - Delaware
Comm. Exp. May 29, 2009

LIFENG HSU
108 Cardinal Cir
Hockessin, DE 19707
LLH@DTCC.EDU

**UNITED RETRIEVAL OF AMERICA**
DEBT ENFORCEMENT SERVICES

Phone: (626) 449-0739
Fax: (626) 449-0731

September 09, 2005

Post Office Box 641
Pasadena, Ca 91102

*Personal and Confidential*

RETURN SERVICE REQUESTED

004779-0 *CI

LI FENG HSU
108 CARDINAL CIR
HOCKESSIN DE 19707-2044

Client: Yestel, Inc.
**Total Due: $70.24**

## Credit Reporting Status

Be advised the following credit reporting action has been taken in regards to your assigned collection account(s).

☐ We have requested that your file be deleted from the credit bureaus.

☐ We agree not to report your file to the credit bureaus' provided all terms and conditions of non-reporting are maintained.

☒ We have recently received a credit inquiry regarding your unpaid account(s). We will vigorously oppose any attempts to remove or alter this credit item while your account remains unpaid.

☐ Your failure to settle this debt has made it necessary to report this account to the credit bureaus' as a negative collection. We will vigorously oppose any attempts to remove or alter this item until it is paid in full. (per California Civil Code 1785.26)

☐ Other _____

United Retrieval of America,

By: Art Duran
Debt Enforcement

CI

This has been sent to you by a collection agency. The federal law requires we inform you that this is an attempt to collect a debt and any information obtained will be used for that purpose.

✂ **Return Coupon Below With Your Payment** ✂

Re: Li Feng Hsu (004779-0)

**Total Due: $70.24**
Client: Yestel, Inc.

## CHECK BY PHONE

Your personal or business check can be faxed
to our office to cease Debt Enforcement and
to ensure immediate credit.

Fax your check along with this notice to:
(626) 449-0731

Mail To:
**United Retrieval of America**
PO Box 641
Pasadena, CA 91102-0641

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's attached documents was served on this 28th day of September, 2007 on the following in the manner indicated below:

*Via U.S. Mail*

(1)

United Retrieval of America, Inc.

PO Box 641

Pasadena, CA

91102

(2)

Yestel, Inc.

24309 Narbonne Ave, Suite 200

Lomita, CA

90717

                                          *[signature]*
                                          Lifeng L Hsu (Pro Se Plaintiff)
                                          108 Cardinal Cir
                                          Hockessin, DE 19707-2044
                                          (302) 573-5458
                                          Hsu.lifeng@yahoo.com